HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

\*\*E-filed 5/1/06\*\*

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DILBERT W. SIZELOVE, ) | Civil No. C-05-4688 RMW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Monday, May 8, 2006 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

| | |
|---|---|
| | _____ |
| | KEVIN V. RYAN |
| | United States Attorney |
| Dated: April 6, 2006 | /s/ _____ |
| | SARA WINSLOW |
| | Assistant U.S. Attorney |
| Dated: April 6, 2006 | /s/ _____ |
| | HARVEY P. SACKETT |
| | Attorney for Plaintiff |
| | DILBERT W. SIZELOVE |

IT IS SO ORDERED.

Dated: 5/1/06

_____
H̶O̶N̶.̶ ̶R̶O̶N̶A̶L̶D̶ ̶M̶.̶ ̶W̶H̶Y̶T̶E̶
United States District Judge
  HONORABLE JEREMY FOGEL

STIPULATION AND ORDER

2