HARVEY P. SACKETT (72488)                    **E-filed 5/11/06**

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DILBERT W. SIZELOVE, ) | Civil No. C-05-04533 WHA |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time up through and including Wednesday, June 7, 2006 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

STIPULATION AND ORDER

```
                                        _____
                                        KEVIN V. RYAN
                                        United States Attorney




Dated: April 28, 20066                  /s/
                                        SARA WINSLOW
                                        Assistant U.S. Attorney




Dated: April 28, 2006                   /s/
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        DILBERT W. SIZELOVE


IT IS SO ORDERED.


Dated:   5/11/06
                                        _____
                                        HON. ~~WILLIAM H. ALSUP~~
                                        United States District Judge
                                        Jeremy Fogel
```

STIPULATION AND ORDER

2