**E-filed 6/15/06**

1  HARVEY P. SACKETT (72488)
2  
3  **SACKETT AND ASSOCIATES**
   A PROFESSIONAL LAW CORP.
4  1055 Lincoln Avenue
   Post Office Box 5025
5  San Jose, California 95150-5025
6  Telephone: (408) 295-7755
   Facsimile: (408) 295-7444
7  
8  /lc
9  Attorney for Plaintiff
10 
11              UNITED STATES DISTRICT COURT
12              NORTHERN DISTRICT OF CALIFORNIA
13 
14 DILBERT W. SIZELOVE,            )  Civil No. C-05-04533 WHA
                                   )
15          Plaintiff,             )
                                   )
16 v.                              )  STIPULATION AND ORDER
                                   )
17 JO ANNE B. BARNHART,            )
   Commissioner,                   )
18 Social Security Administration, )
                                   )
19          Defendant.             )
                                   )
20 _____ )
21 
22      Plaintiff and Defendant, through their respective attorneys, hereby stipulate that
23 Plaintiff shall have a third extension of time up through and including Friday, July 7,
24 2006 in which to e-file his Motion for Summary Judgment. This extension is
25 necessitated by the number of other cases Plaintiff's counsel currently has before the
26 district court that also require briefing.
27 
28 

1

STIPULATION AND ORDER

|   |   |
|---|---|
|   | _____ |
|   | KEVIN V. RYAN |
|   | United States Attorney |

Dated: June 5, 2006            /s/_____
                               SARA WINSLOW
                               Assistant U.S. Attorney


Dated: June 5, 2006            /s/_____
                               HARVEY P. SACKETT
                               Attorney for Plaintiff
                               DILBERT W. SIZELOVE

IT IS SO ORDERED.

Dated:   6/14/06               _____
                               HON. W~~ILLIAM H. ALSUP~~ JEREMY FOGEL
                               United States District Judge

STIPULATION AND ORDER

2