HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

\*\*E-filed 7/17/06\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DELBERT W. SIZELOVE, | ) | Civil No. C-05-04533 WHA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a fourth extension of time up through and including Friday, July 14, 2006 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

STIPULATION AND ORDER

1

```
                                              _____
                                              KEVIN V. RYAN
                                              United States Attorney




Dated: July 7, 2006                           /s/_____
                                              SARA WINSLOW
                                              Assistant U.S. Attorney




Dated: July 7, 2006                           /s/_____
                                              HARVEY P. SACKETT
                                              Attorney for Plaintiff
                                              DELBERT W. SIZELOVE
```

IT IS SO ORDERED.

Dated: 7/17/06

[signature]

---HON. WILLIAM H. ALSUP---
United States District Judge
HONORABLE JEREMY FOGEL

2

STIPULATION AND ORDER