**E-filed 8/8/06**

KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile:  (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DELBERT W. SIZELOVE, Plaintiff, v. JO ANNE B. BARNHART, Commissioner of Social Security, Defendant. | CIVIL NO.  05-04533 JF STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 30 days in which to file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on August 16, 2006, pursuant to Civil L.R.16-5.  Defendant's response is now due on September 15, 2006.

///
///
///
///
///
///

---

[1] See attached Declaration of John Cusker.

1 | This is defendant's first request.

5 | Dated: August 2, 2006        /s/
6 |                              HARVEY P. SACKETT
                                 Attorney for Plaintiff

8 |                              KEVIN V. RYAN
                                 United States Attorney

12 | Dated: August 4, 2006   By:     /s/
                                 SARA WINSLOW
13 |                             Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

19 | Dated:  8/8/06
                                 _____
20 |                             JEREMY FOGEL
                                 United States District Judge

KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DELBERT W. SIZELOVE,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 05-04533 JF<br><br>DECLARATION OF<br>IN SUPPORT OF DEFENDANT'S REQUEST<br>FOR EXTENSION OF TIME |

I, JOHN CUSKER, declare and state as follows:

1. I am an Assistant Regional Counsel in the Office of the General Counsel for the United States Social Security Administration ("SSA"), Region IX.

2. Plaintiff filed his Motion for Summary Judgment on July 14, 2006.

3. An extension of time for filing Defendant's response to Plaintiff's motion for summary judgment is necessary to allow counsel for Defendant time to review the case, and because he has a scheduling conflict. For this reason, we now request a thirty day extension of time to prepare Defendant's responsive brief.

///

1 | I declare under penalty of perjury that the foregoing is true and correct to the best of my
knowledge.

Executed in San Francisco, California on August 2, 2006.


                        By       /s/
                            JOHN CUSKER
                            Assistant Regional Counsel