**E-filed 10/6/06**

HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELBERT W. SIZELOVE, ) | Civil No. 05-04533 JF |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Friday, October 13, 2006 in which to file his Reply to Defendant's Cross-Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the District Court that also require briefing.

1

STIPULATION AND ORDER

```
                                         _____
                                         KEVIN V. RYAN
                                         United States Attorney




Dated: September 25, 2006                /s/_____
                                         SARA WINSLOW
                                         Assistant U.S. Attorney




Dated: September 25, 2006                /s/_____
                                         HARVEY P. SACKETT
                                         Attorney for Plaintiff
                                         DELBERT W. SIZELOVE


IT IS SO ORDERED.


Dated:   10/6/06                         _____
                                         HON. JEREMY FOGEL
                                         United States District Judge
```

2

STIPULATION AND ORDER