**E-filed 6/14/07**

1  SCOTT N. SCHOOLS, Bar No. SC 9990
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   JOHN C. CUSKER, SBN 148227
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8943
       Facsimile:  (415) 744-0134
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12  DEBERT SIZELOVE,                    )
                                        )   Case No. C-05-04533 JF
13          Plaintiff,                  )
                                        )   STIPULATION AND ORDER AWARDING
14          v.                          )   ATTORNEY FEES UNDER THE EQUAL
                                        )   ACCESS TO JUSTICE ACT (28 U.S.C.
15  MICHAEL J. ASTRUE[1],               )   § 2412(d)) AND COSTS (28 U.S.C. § 1920)
    Acting Commissioner of             )
16  Social Security,                    )
                                        )
17          Defendant.                  )
                                        )
18  _____    )

19
            IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the
20
    approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act in
21
    the amount of FOUR THOUSAND SEVEN HUNDRED FIFTY DOLLARS AND NO CENTS
22
    (**$4,750.00**), and costs under 28 U.S.C. § 1920 in the amount of TWO HUNDRED SEVENTY-TWO
23
    DOLLARS AND FOUR CENTS (**$272.04**).  This amount represents compensation for all legal services
24
    rendered on behalf of Plaintiff by counsel in connection with this civil action for services performed
25
    before the district court in accordance with 28 U.S.C. §§ 1920 and 2412(d).
26

27          [1]      On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security
    and should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as Defendant in this action.
28  42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

1       This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees

2   and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment in

3   the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all

4   claims, rights, causes of action, liens or subrogated interests relating to attorneys fees and costs incurred

5   in this action under EAJA.

6       The settlement of Plaintiff's claim for EAJA attorney fees does not preclude Plaintiff's counsel

7   from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset

8   provisions of the law.

9                                           Respectfully submitted,

10  Dated: *June 1, 2007*

11                                          */s/ Harvey P. Sackett*
                                            *(As authorized by fax)*

12                                          HARVEY P. SACKETT
                                            Attorney for Plaintiff

13  Dated: *June 1, 2007*                      SCOTT N. SCHOOLS
                                            United States Attorney

14                                          LUCILLE GONZALES MEIS
                                            Regional Chief Counsel, Region IX

15                                          Social Security Administration

16                                        */s/ John C. Cusker*

17                                        Special Assistant United States Attorney

18

19

20  IT IS SO ORDERED:

21

22  Dated:   6/14/06

23                                      THE HONORABLE JEREMY FOGEL
                                        United States District Judge

24

25

26

27

28