\*\*E-filed 6/25/07

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DELBERT SIZELOVE,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>            Defendant. | Case Number C 05-04533 JF<br><br>ORDER[1] DIRECTING PAYMENT OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT TO PLAINTIFF'S COUNSEL<br><br>[re: docket nos. 29, 30] |

Plaintiff Delbert Sizelove ("Plaintiff") seeks clarification of this Court's Order awarding attorney fees under the Equal Access to Justice Act ("EAJA"). Specifically, Plaintiff has filed, along with his request for clarification, a notice of assignment dated June 7, 2007, in which Plaintiff assigns his right to receive payment of his EAJA fees to Plaintiff's attorney, Harvey P. Sackett. Good cause appearing, the Court clarifies its Order to direct the Commissioner that the EAJA fees be tendered and made payable to Harvey P. Sackett, attorney for Plaintiff.

---

[1] This disposition is not designated for publication and may not be cited.

IT IS SO ORDERED:

DATED: June 25, 2007

_____
JEREMY FOGEL
United States District Judge

Case No. C 05-04533 JF
ORDER DIRECTING PAYMENT OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT TO PLAINTIFF'S COUNSEL
(JFLC3)

1   This Order has been served upon the following persons:

2

3   John C. Cusker            john.cusker@ssa.gov

4   Harvey Peter Sackett      hps@hpspc.com, lucyc@sackettlaw.com; julie@sackettlaw.com; juanita@sackettlaw.com

5

6   Sara Winslow              sara.winslow@usdoj.gov, kathy.terry@usdoj.gov; claire.muller@usdoj.gov

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 05-04533 JF
ORDER DIRECTING PAYMENT OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT TO PLAINTIFF'S COUNSEL
(JFLC3)